JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
ERIK HERMANN GREEN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  ) No. CR-S-11-468 WBS
                            )
        Plaintiff,          )
                            ) STIPULATION REGARDING
v.                          ) EXCLUDABLE TIME PERIODS
                            ) UNDER SPEEDY TRIAL ACT;
                            ) [~~PROPOSED~~] FINDINGS
STEPHEN DOUGLAS PIRT, et al., )
                            ) Date:  September 24, 2012
        Defendants.         ) Time:  9:30 a.m.
                            ) Judge:  Honorable William B. Shubb
                            )
                            )
                            )
                            )

_____

IT IS HEREBY stipulated between the United States of America through its undersigned

counsel, Michael D. Anderson, Assistant United States Attorney, together with counsel for

defendant Stephen Douglas Pirt, Scott L. Tedmon, Esq., counsel for defendant Janis Santana Pirt,

Joseph J. Wiseman, Esq., and counsel for defendant Erik Hermann Green, John R. Manning,

Esq., stipulate that the status conference presently set for August 13, 2012 be **continued to**

**September 24, 2012, at 9:30 a.m.,** thus **vacating** the presently set status conference.

Accordingly, the Parties hereby stipulate the following:

1.  By previous order, this matter was set for status conference on August 13, 2012.

2.  By this stipulation, defendants now move to continue the status conference until September 24, 2012 and to exclude time between August 13, 2012 and September 24, 2012 under the Local Code T-4 (to allow defense counsel time to prepare).

3.  The parties agree and stipulate, and request the Court find the following:

    a.  This is a relatively complex financial document case, including in excess of 1,100 pages of discovery.  The Government has additional documents (boxes) available for review at their office.  The allegations include the purchase of several properties.

    b.  Counsel for the defendants need additional time to review the discovery; review investigation reports; and, discuss USSG calculations with defendants.

    c.  Counsel for defendants believe the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d.  The Government does not object to the continuance.

    e.  Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

    f.  For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of August 13, 2012 to September 24, 2012, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) ) and (B)(iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED

Dated: August 7, 2012                               /s/ Scott L. Tedmon
                                                    SCOTT L. TEDMON
                                                    Attorney for Defendant
                                                    Stephen Douglas Pirt

Dated:  August 7, 2012                              /s/ Joseph J. Wiseman
                                                    JOSEPH J. WISEMAN
                                                    Attorney for Defendant
                                                    Janis Santana Pirt

Dated: August 7, 2012                               /s/  John R. Manning
                                                    JOHN R. MANNING
                                                    Attorney for Defendant
                                                    Erik Hermann Green


Dated: August 7, 2012                               Benjamin B. Wagner
                                                    United States Attorney

                                        by:         /s/ Michael D. Anderson
                                                    MICHAEL D. ANDERSON
                                                    Assistant U.S. Attorney


## ORDER

IT IS SO FOUND AND ORDERED this 8th day of August, 2012.


WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE