**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**WISEMAN LAW GROUP, P.C.**
**1477 Drew Avenue, Suite 106**
**Davis, California 95618**
**Telephone:    530.759.0700**
**Facsimile:    530.759.0800**

**Attorney for Defendant**
**JANIS SANTANA PIRT**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR S 11 -00468 WBS |
| Plaintiff, ) | |
| vs. ) | STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE STATUS CONFERENCE |
| JANIS SANTANA PIRT, et al. ) | |
| Defendants. ) | |

   IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Michael D. Anderson, Assistant United States Attorney, together with counsel for defendant Stephen Douglas Pirt, Scott L. Tedmon, Esq., counsel for defendant Janis Santana Pirt, Joseph J. Wiseman, Esq., and counsel for defendant Erik Hermann Green, John R. Manning, Esq., that the status conference presently set for March 18, 2013, be continued to April 29, 2013, at 9:30 a.m., thus vacating the presently set status conference.

   Defense counsel requires additional time to review the discovery located in Oakland, CA Further, the parties need time to continue to negotiate possible plea agreements. Therefore, counsel for the parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the defendants and the public in a speedy trial. 18 U.S.C. 3161(h)(7)(A) (continuity of counsel/ reasonable time for effective preparation) and

1

1  Local Code T4, and agree to exclude time from the date of the filing of the order until the date of
2  the status conference, April 29, 2013.
3  **IT IS SO STIPULATED.**
4  Dated: March 12, 2013                    By: /s/ Scott L. Tedmon
                                              SCOTT L. TEDMON
5                                            Attorney for Defendant
6                                            Stephen Douglas Pirt

7  Dated: March 12, 2013                    By: /s/ Joseph J. Wiseman
                                              JOSEPH J. WISEMAN
8                                            Attorney for Defendant
9                                            Janis Santana Pirt

10 Dated: March 12, 2013                    By: /s/ John R. Manning
                                              JOHN R. MANNING
11                                           Attorney for Defendant
12                                           Erik Hermann Green

13 Dated: March 12, 2013                    Benjamin B. Wagner
                                              United States Attorney
14
15                                           By: /s/ Michael D. Anderson
                                              MICHAEL D. ANDERSON
16                                           Assistant U.S. Attorney
17
18                                **ORDER**
19     The Court, having received, read, and considered the stipulation of the parties, and good
20 cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based
21 on the stipulation of the parties and the recitation of facts contained therein, the Court finds that
22 it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within
23 the time limits established in 18 U.S.C. § 3161. In addition, the Court specifically finds that the
24 failure to grant a continuance in this case would deny defense counsel to this stipulation
25 reasonable time necessary for effective preparation, taking into account the exercise of due
26 diligence. The Court finds that the ends of justice to be served by granting the requested
27 continuance outweigh the best interests of the public and the defendants in a speedy trial.
28     The Court orders that the time from the date of the parties' stipulation, March 12, 2013, to

and including April 29, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv), and Local Codes T4 (reasonable time for defense counsel to prepare). It is further ordered that the March 18, 2013 status conference shall be continued until April 29, 2013, at 9:30 a.m.

**IT IS SO ORDERED.**

Dated: March 12, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE